# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: CHANTELLE NOEL HABERSHAM (surrender)  CASE NO: 18-60028-CR-BLOOM
AUSA: Jonathan Rosenstein / Keven Stewart  ATTY: David Howard (perm)
AGENT:  VIOL: 18:1343, 982
PROCEEDING: INITIAL APPEARANCE / ARR  RECOMMENDED BOND: $25,000 PSB — Co signer
BOND HEARING HELD - yes / no  COUNSEL APPOINTED: (24 hrs to
BOND SET @: $25,000 PSB  To be cosigned by: obtain)

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to (PTS as directed) or ____ x's a week/month by phone; ____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: ____
- ☑ Travel extended to: SD/FL
- ☐ Halfway House ____

D - advised of charges
D - Waives indictment.
Waiver executed in open court.

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:

CHECK IF APPLICABLE ____ :  For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting *the ore tenus* motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

DATE: 2-13-18  TIME: 11:00am  DAR 11:06:01  Begin: ____  End: ____

7 min